AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) |
|---|---|
| v. | ) Case: 1:24-mj-00154 |
| Nathaniel Jesse Evans | ) Assigned To : Judge G. Michael Harvey |
| | ) Assign. Date : 5/1/2024 |
| | ) Description: COMPLAINT W/ARREST WARRANT |
| Defendant | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)  Nathaniel Jesse Evans,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Entering and Remaining in a Restricted Building or Grounds
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds
40 U.S.C. § 5104(e)(2)(D) - Disorderly or Disruptive Conduct in a Capitol Building,
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date:   05/01/2024                                          _/s/ G. Michael Harvey_
                                                                        *Issuing officer's signature*

City and state:   Washington, D.C.                G. Michael Harvey, U.S. Magistrate Judge
                                                                        *Printed name and title*

### Return

This warrant was received on (date) 5/1/24, and the person was arrested on (date) 5/8/24
at (city and state)  BALTIMORE, MD

Date:  5/8/24                                               _/s/_
                                                                        *Arresting officer's signature*

                                                                        SA LUCAS WREN
                                                                        *Printed name and title*